**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **TIFFANY SANTIAGO,** | |
| Plaintiff, | |
| *v.* | Case No.: 1:25-cv-15064 |
| **PIVOTAL HOME SOLUTIONS, LLC (d/b/a ONCOURSE HOME SOLUTIONS)** and **MARLO GAAL, SHANTE WILLIAMS, COLLEEN GARRITY** and **ELERY MURPHY** (in their individual capacities) | Judge Sara L. Ellis  Jury Trial Demanded |
| Defendants. | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**AGAINST DEFENDANT ELERY MURPHY**

NOW COMES Plaintiff, Tiffany Santiago ("Plaintiff"), by and through her attorneys, The Prinz Law Firm, P.C., and in support of her Motion for Default Judgment against Defendant Elery Murphy ("Defendant" or "Defendant Murphy"), pursuant to Federal Rule of Civil Procedure 55, for his failure to appear or otherwise answer Plaintiff's Complaint and in support thereof, states as follows:

1.  On December 11, 2025, Plaintiff commenced this action by filing her Complaint bringing claims against Pivotal Home Solutions, LLC (d/b/a Oncourse Home Solutions) ("Defendant Oncourse"), Marlo Gaal ("Defendant Gaal"), Shante Williams ("Defendant Williams"), Colleen Garrity ("Defendant Garrity") and Defendant Murphy under, among other statutes, the Illinois Human Rights Act, 775 ILCS 5/1-101 et seq. ("IHRA"), and the Illinois Gender Violence Act, 740 ILCS 82/1 et seq. ("IGVA"). Plaintiff's Complaint asserts claims against

1

Defendant Murphy under Count VII (IHRA Hostile Work Environment/Sexual Harassment) and Count XI (IGVA). *See* Docket No. 1.

2. On December 18, 2025, Counsel for Defendants Oncourse, Gaal, Williams, and Garrity filed a Waiver of Summons. *See* Docket No. 7.

3. In December of 2025, Plaintiff hired InfoTrack to serve the Summons and Complaint upon Defendant Murphy, which identified two addresses associated with Defendant Murphy. *See* Exhibits 1 and 2 to Docket No. 23.

4. Between December 31, 2025 and February 5, 2026, Plaintiff made diligent efforts to serve Defendant Murphy to no avail. During that time, Plaintiff attempted service at 8 Locust Ct, Calumet City, IL 60409, on six separate occasions, but was unable to effectuate service. *See* Exhibit 3 to Docket No. 23. Plaintiff also attempted service at 915 S Casino Center Blvd, Unit 211, Las Vegas, NV 89101, on three separate occasions. *See* Exhibit 4 to Docket No. 23. During the last attempt at service for the Las Vegas address, the leasing office at the address informed Plaintiff's process server, InfoTrack, that Defendant Murphy had moved out of the apartment approximately one month prior to the service attempts. *Id.*

5. On or around February 10, 2026, counsel for Oncourse Home Solutions confirmed the last-known telephone number for Defendant Murphy to Plaintiff's counsel. *See* Docket No. 23. The same telephone number was also provided by InfoTrack during contact information searches for Defendant Murphy. *Id.* Subsequently, when Plaintiff's counsel and a paralegal for Plaintiff's counsel called the telephone number, the voicemail greeting confirmed the telephone number is associated with Defendant Murphy by stating, "This is Elery." *Id.* Ultimately, Plaintiff's counsel and paralegal were unable to speak with Defendant Murphy by calling this telephone number. *Id.*

6.      Due to the inability to serve Defendant Murphy, Plaintiff filed a Motion for Alternative Service with this Court on February 19, 2026, and the matter was docketed for presentment on February 25, 2026. *Id.* At that hearing, this Court granted Plaintiff's Motion in part, allowing Plaintiff to serve Defendant Murphy by certified mail to the last known Las Vegas address and by email to Defendant Murphy's Gmail address. *See* Docket No. 27.

7.      On February 25, 2026, Plaintiff's counsel emailed a copy of the Complaint, Summons, and the Court's Order dated February 25, 2026, to Defendant Murphy's Gmail address. *See* Docket No. 33 and 34.

8.      Also on February 25, 2026, Plaintiff's counsel served Defendant Murphy via certified mail to the last known Las Vegas address. *Id.*

9.      On March 10, 2026, a paralegal for Plaintiff's counsel inquired into the status of the Complaint that was sent via certified mail on February 26, 2026. Upon inquiry, it was determined that the certified mailing was being returned to Plaintiff's counsel's office by the United States Postal Service due to an insufficient address. *See* Exhibit 2 to Docket No. 34.

10.      On March 11, 2026, Plaintiff's counsel filed an Affidavit of Service detailing the attempts of service and Defendant Murphy's failure to respond. *See* Docket No. 34.

11.      Defendant Murphy was properly served with the Summons and Complaint on February 26, 2026, in accordance with Federal Rule of Civil Procedure 4. *See* Docket No. 33 and 34.

12.      Defendant Murphy's answer or other responsive pleading was due on or before March 18, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

3

13.     As of the date of this filing, counsel have entered their appearance for all parties except for Defendant Murphy, and Defendant Murphy has failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

14.     Rule 55(a) of the Federal Rules of Civil Procedure provides that when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

15.     Furthermore, a court may enter a default judgment for the party seeking affirmative relief if the other party fails to answer or otherwise adequately respond within the time allowed. Fed. R. Civ. P. 55.

16.     Here, Defendant Murphy failed to answer or adequately respond to the Complaint by the March 18, 2026 deadline and Plaintiff is therefore entitled to affirmative relief under Rule 55 of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 55.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion for default judgment, enter Defendant Murphy's default, and award any other relief it may deem just and proper.

Dated: April 9, 2026

Respectfully submitted,

Tiffany Santiago
By: /s/ _Chad Ayers_____
One of Plaintiff's Attorneys

The Prinz Law Firm, P.C.
Kristen E. Prinz (kprinz@prinz-lawfirm.com)
Mary F. Charlton (mcharlton@prinz-lawfirm.com)
Chad Ayers (cayers@prinz-lawfirm.com)
Hannah Savaso (hsavaso@prinz-lawfirm.com)
Rebecca E. Baba (rbaba@prinz-lawfirm.com)

4

1 East Wacker Dr., Suite 1800
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing Motion to the attorneys of record for Defendants

via the Court's ECF/CM system on April 9, 2026.

Respectfully submitted,

Tiffany Santiago
By: /s/ <em>Chad Ayers</em>
One of Plaintiff's Attorneys

The Prinz Law Firm, P.C.
Kristen E. Prinz (kprinz@prinz-lawfirm.com)
Mary F. Charlton (mcharlton@prinz-lawfirm.com)
Chad Ayers (cayers@prinz-lawfirm.com)
Hannah Savaso (hsavaso@prinz-lawfirm.com)
Rebecca E. Baba (rbaba@prinz-lawfirm.com)
1 East Wacker Dr., Suite 1800
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822