**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

tiffany santiago

        Plaintiff,

v.                Case No.: 1:25–cv–15064
                 Honorable Sara L. Ellis

Pivotal Home Solutions, LLC, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

   MINUTE entry before the Honorable Sara L. Ellis: Telephonic motion hearing held on 4/15/2026. Plaintiff's motion for default judgment against Defendant Elery Murphy [36] is granted. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.