**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

tiffany santiago

          Plaintiff,

v.
                                   Case No.: 1:25−cv−15064

                                   Honorable Sara L. Ellis

Pivotal Home Solutions, LLC, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants in part and denies in part Defendants' motion to dismiss [17]. The Court dismisses Plaintiff Santiago's IHRA claims against the Individual Defendants (Counts VII and IX). No appearance required on 6/23/2026. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.