**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

**TIFFANY SANTIAGO,**

    Plaintiff,

    *v.*

**PIVOTAL HOME SOLUTIONS, LLC**
**(d/b/a ONCOURSE HOME SOLUTIONS)**
and **MARLO GAAL, SHANTE**
**WILLIAMS, COLLEEN GARRITY** and
**ELERY MURPHY**
(in their individual capacities)

    Defendants.

Case No.: 1:25-cv-15064

Honorable Judge Sara Ellis

## AGREED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Tiffany Santiago and Defendants Pivotal Home Solutions, LLC d/b/a Oncourse Home Solutions, Marlo Gaal, Shante Williams, Colleen Garrity, and Elery Murphy, by and through their respective counsel, respectfully move this Court for entry of the parties' Agreed Confidentiality Order.

In support of this Motion, the Parties state as follows:

1. Discovery in this matter is expected to involve the production of confidential and sensitive information, including medical and mental health records, personnel and employment records, accommodation and leave-related records, non-public internal investigation materials relating to the allegations in this action, and commercially sensitive information that may pose a competitive value to competitors in Defendant Oncourse's industry, among other categories of confidential information identified in the Agreed Confidentiality Order. The parties therefore submit that good cause exists for entry of the proposed Agreed Confidentiality Order.

2. The parties' proposed Agreed Confidentiality Order is based upon the Northern

1

District of Illinois Model Confidentiality Order (Form LR 26.2). Pursuant to Judge Ellis's standing procedures, the parties have also provided a redlined version identifying modifications from the model order.

WHEREFORE, the Parties respectfully request that the Court enter the attached Agreed Confidentiality Order.

Respectfully submitted,

*Mary F. Charlton*
THE PRINZ LAW FIRM, PC
Kristen E. Prinz (kprinz@prinz-lawfirm.com)
Mary Charlton (mcharlton@prinz-lawfirm.com)
Hannah Savaso (hsavaso@prinz-lawfirm.com)
Rebecca Baba (rbaba@prinz-lawfirm.com)
1 E. Wacker Dr., Suite 1800
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822
**ATTORNEYS FOR PLAINTIFF**

*Michael Cederoth*
SEYFARTH SHAW LLP
Uma Chandrasekaran
Michael Cederoth
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Uchandrasekaran@seyfarth.com
Mcederoth@seyfarth.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I served the foregoing Agreed Motion for Entry of Stipulated Protective Order on counsel of record.

Respectfully submitted,

/s/ *Mary F. Charlton*