**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

tiffany santiago

        Plaintiff,

v.                Case No.: 1:25−cv−15064
                 Honorable Sara L. Ellis

Pivotal Home Solutions, LLC, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

  MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for entry of a protective order [42]. The parties should submit clean and red−lined versions of their proposed confidentiality order to the Court's proposed order email. The Court grants Defendants' motion for extension of time to answer or otherwise plead [44]. Defendants' responsive pleading is due by 7/20/2026. No appearance required on 7/9/2026. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.